# Lee Litigation Group, PLLC
148 W. 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   212-465-1188
cklee@leelitigation.com

January 30, 2020

**VIA ECF**
The Honorable Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Valencia v. Gamma Thompson Corp. et al*
      Case No.: 1:19-cv-7178

Dear Magistrate Judge Cave:

We are counsel to Plaintiff in the above-referenced matter. We write, jointly with counsel to Defendants, to respectfully request extending the time by seven (7) days to file materials in support of the fairness of the settlement of this matter. The reason for this request is to allow the parties time to execute the proposed settlement agreement.

This is the parties' second request for the relief requested herein. The first request was granted. Currently, the deadline to file materials in support of the fairness of the settlement is January 30, 2020.

We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:   all parties via ECF

---

The requested one-week extension of time to file settlement fairness papers is GRANTED. The parties shall file the settlement fairness papers by **February 7, 2020.**

The Clerk of Court is directed to close the Letter-Motion at ECF No. 52.

SO ORDERED          1/31/2020

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge